IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED MAR 17 2015

| | | |
|---|---|---|
| NORMAN T. STEWARD, JR., <br> Petitioner, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| COMMONWEALTH, et al., <br> Respondents. | : <br> : <br> : | NO. 13-2552 |

## ORDER

AND NOW, this 17th day of MARCH, 2015, upon careful and independent consideration of the petition for a writ of habeas corpus, the response to the petition and appended exhibits, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not demonstrated that reasonable jurists would debate the correctness of the procedural grounds for this ruling. *See* 28 U.S.C. § 2253; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

ENTERED
MAR 17 2015
CLERK OF COURT